[No. 37051-1-I.     Division One.     May 12, 1997.]

WILLIE O. ASKEW, ET AL., *Appellants*, v. PAUL
GILLINGHAM, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-24205-1, Peter Jarvis, J.; entered June
27, 1995. *Affirmed* by unpublished opinion per Cox, J.,
concurred in by Baker, C.J., and Becker, J.


[No. 37232-7-I.     Division One.     May 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN
BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-03205-4, Bobbe J. Bridge, J., entered
August 29, 1995. *Affirmed* by unpublished opinion per Cox,
J., concurred in by Coleman and Becker, JJ.


[No. 37317-0-I.     Division One.     May 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD
RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-03490-6, Deborah Juarez, J. Pro Tem.,
entered September 1, 1995. *Dismissed* by unpublished per
curiam opinion.


[No. 37344-7-I.     Division One.     May 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON
DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 94-1-00815-8, Joseph A. Thibodeau, J.,
entered August 8, 1995. *Dismissed* by unpublished per
curiam opinion.